DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHAUNKA I. DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2797

_____

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher Sabella, Judge.

Chaunka I. Davis, pro se.

Ashley Moody, Attorney General, Tallahassee and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.